IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN RIEDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv506-MHT |
| | ) | (WO) |
| TRIPLE V, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Pursuant to the parties' stipulations (Doc. 13), it is ORDERED as follows:

(1) This case is remanded to the Circuit Court of Montgomery County, Alabama.

(2) The motion to remand (Doc. 7) is denied as moot.

(3) All other motions are left for resolution by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 27th day of October, 2023.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE